# Document Not Imaged

# The paper document is available in the Clerk's Office Files Department

Case 1:07-mc-00296     Document 3     Filed 08/10/2007     Page 1 of 1